IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROGELIO RAMIREZ VIRULA,<br>A# 243-024-491,<br><br>*Petitioner*,<br><br>V.<br><br>MIGUEL VERGARA, in his official capacity as Field Office Director for the San Antonio Field Office, Immigration and Customs Enforcement; *et al.*,<br><br>*Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO. SA-26-CV-06084-FB |

**ORDER OF DISMISSAL AND JUDGMENT**

Before the Court is the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition") (ECF No. 1), filed by Petitioner Rogelio Ramirez Virula ("Petitioner"). On October 1, 2026, Respondents notified the Court of Petitioner's physical removal from the United States (ECF No. 3), which action moots this habeas challenge to Petitioner's detention. *See Bacilio-Sabastian v. Barr*, 980 F.3d 480, 483(5th Cir. 2020); *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988); *Riley v. I.N.S.*, 310 F.3d 1253, 1257 (10th Cir. 2002); *Virani v. Huron*, Civil Action No. SA-19-CV-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020).

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is DISMISSED as MOOT.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is now CLOSED.

It is so ORDERED.

SIGNED this 2nd day of October, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE